**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00432-CV

### DALLAS COUNTY SCHOOLS, Appellant

### V.

### PAUL GREEN, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09857

## ORDER

Appellee's Motion to Refile post-argument letter brief is **GRANTED.** The clerk is directed to file appellee's brief as of the date of this Order. Any response is due **Dec. 29, 2015.** Any reply is due **ten** days after appellant's response, if any.

No extensions will be granted unless good cause is shown.

/s/    BILL WHITEHILL
        JUSTICE